# United States Bankruptcy Court
## Eastern District of Michigan

In re    Mahmoud S. Rahim,
       Raya H. Abdulhussain

                   Debtors

Case No.    10-57577

Chapter      7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,400,000.00 | | |
| B - Personal Property | Yes | 4 | 402,590.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,417,423.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 6,671,939.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 39,400.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 39,380.00 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 1,802,590.00 | | |
| Total Liabilities | | | | 10,089,362.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Mahmoud S. Rahim,
        Raya H. Abdulhussain          Case No. _____10-57577_____

Debtors      ,     Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re     Mahmoud S. Rahim,                              Case No.     10-57577

Raya H. Abdulhussain

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Personal residence<br>1527 Cliffwood Road, Bloomfield Hills, MI 48302<br>2010 SEV $562,460.00 | Fee simple subject to mortgage | J | 600,000.00 | 1,668,343.00 |
| Rental home<br>4885 Fairview Court, West Bloomfield, 48322<br>2010 SEV $152,230.00<br>Tenants: Yukio Miyata - $2,400.00 monthly/current | Fee simple subject to mortgage | J | 200,000.00 | 419,156.00 |
| Residence - Condo<br>7117 Pelican Bay Blvd., #1508, Naples, FL 34108<br>(not currently being rented) | Fee simple subject to mortgage | J | 600,000.00 | 832,851.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,400,000.00 | (Total of this page) |
| Total > | 1,400,000.00 |  |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                 Case No.     10-57577
        Raya H. Abdulhussain

                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | Cash | J | 200.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank - checking | J | 0.00 |
| | | The Huntington Bank - checking (negative) | J | 0.00 |
| | | The Huntington Bank Checking - $0.00 CD - $0.00 | J | 0.00 |
| | | Fidelity Money Market account no. #8949 | J | 1.00 |
| | | Bank of America - checking | J | 40.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furniture including computer equipment | J | 15,000.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 10 CDs and 10 DVDs | J | 20.00 |
| 6.   Wearing apparel. | | Clothing | J | 300.00 |
| 7.   Furs and jewelry. | | Jewelry | H | 50.00 |
| | | Jewelry | W | 250.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Exercise equipment, digital camera and video camera | J | 400.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                           Sub-Total >       16,261.00
                                                (Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                       Best Case Bankruptcy

In re  Mahmoud S. Rahim,                                    Case No.  ___10-57577___
        Raya H. Abdulhussain

_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Primerica custodian  college accounts for minor sons acct. no. xxxxx5417 - $9,247.53 acct no. xxxx8928 - $8,859.59 | H | 18,107.00 |
| | | Fidelity custodian college accounts for minor sons acct. no. xxxx4359 - $22,460.91 acct. no. xxx4343 - $22,460.91 | W | 44,922.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity Rollover IRA - acct. no. xxx6688 | H | 196,181.00 |
| | | Fidelity Simple-IRA - acct. no. xxx5034 | W | 30,047.00 |
| | | Fidelity Rollover IRA - acct no. 6696 | W | 62,647.00 |
| | | Fidelity Simple IRA - acct no. xxx5026 | H | 34,424.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Ali-Zane Properties, LLC - currently operating - 50/50 members Assets do not exceed liabilities | J | 0.00 |
| | | Associated Physicians of Southeast Michigan, P.C. - currently operating - 50/50 members Assets do not exceed liabilities | J | 0.00 |
| | | Management Leasing Services, LLC - currently operating - 50/50 members Assets do not exceed liabilities | J | 0.00 |
| | | Note: Other business entities no longer operating listed on Statement of Financial Affairs, Question 18 | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          386,328.00
(Total of this page)

Sheet  _1_  of  _3_  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re    Mahmoud S. Rahim,                     Case No. _____10-57577_____

        Raya H. Abdulhussain

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 tax refund (will be applied to quarterly taxes) approx. $1,013.00 | J | 0.00 |
| | | 2010 tax refund based on 2008 (will be applied to quarterly taxes) approx. $1,013.00 | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                                          Sub-Total >          0.00

                                                  (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                       Best Case Bankruptcy

In re   Mahmoud S. Rahim,                           Case No.    10-57577
      Raya H. Abdulhussain

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Revocable Living Trusts - never funded | J | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 1.00 |
| (Total of this page) | |
| Total > | 402,590.00 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

.

In re    Mahmoud S. Rahim                        Case No.    10-57577

_____,
                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Personal residence | 11 U.S.C. § 522(d)(1) | 21,625.00 | 600,000.00 |
| 1527 Cliffwood Road, Bloomfield Hills, MI 48302 | 11 U.S.C. § 522(d)(5) | 1,029.00 | |
| 2010 SEV $562,460.00 | | | |
| Rental home | 11 U.S.C. § 522(d)(5) | 0.00 | 200,000.00 |
| 4885 Fairview Court, West Bloomfield, 48322 | | | |
| 2010 SEV $152,230.00 | | | |
| Tenants: Yukio Miyata - $2,400.00 monthly/current | | | |
| Residence - Condo | 11 U.S.C. § 522(d)(5) | 0.00 | 600,000.00 |
| 7117 Pelican Bay Blvd., #1508, Naples, FL 34108 | | | |
| (not currently being rented) | | | |
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Bank - checking | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| The Huntington Bank - checking (negative) | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| The Huntington Bank | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Checking - $0.00 | | | |
| CD - $0.00 | | | |
| Fidelity Money Market account no. #8949 | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Bank of America - checking | 11 U.S.C. § 522(d)(5) | 20.00 | 40.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furniture including computer equipment | 11 U.S.C. § 522(d)(3) | 7,500.00 | 15,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 10 CDs and 10 DVDs | 11 U.S.C. § 522(d)(3) | 10.00 | 20.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Jewelry | 11 U.S.C. § 522(d)(4) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Exercise equipment, digital camera and video camera | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |

_1_   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                   Best Case Bankruptcy

In re    Mahmoud S. Rahim                                              Case No.    10-57577

,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Interests in an Education IRA or under a Qualified State Tuition Plan | | | |
| Primerica custodian  college accounts for minor sons<br>acct. no. xxxxx5417 - $9,247.53<br>acct. no. xxxx8928 - $8,859.59 | 11 U.S.C. § 541(b)(5) | 18,107.00 | 18,107.00 |
| Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans | | | |
| Fidelity Rollover IRA - acct. no. xxx6688 | 11 U.S.C. § 522(d)(10)(E)<br>11 U.S.C. § 522(d)(12)<br>11 USC 541(c)(2) | 100%<br>100%<br>100% | 196,181.00 |
| Fidelity Simple IRA - acct no. xxx5026 | 11 U.S.C. § 522(d)(10)(E)<br>11 U.S.C. § 522(d)(12)<br>11 USC 541(c)(2) | 100%<br>100%<br>100% | 34,424.00 |
| Stock and Interests in Businesses | | | |
| Ali-Zane Properties, LLC - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Associated Physicians of Southeast Michigan, P.C. - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Management Leasing Services, LLC - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Other Liquidated Debts Owing Debtor Including Tax Refund | | | |
| 2009 tax refund (will be applied to quarterly taxes) approx. $1,013.00 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| 2010 tax refund based on 2008 (will be applied to quarterly taxes) approx. $1,013.00 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Other Personal Property of Any Kind Not Already Listed | | | |
| Revocable Living Trusts - never funded | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| | Total: | 740,607.00 | 1,664,723.00 |

Sheet    1    of  1    continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                  Best Case Bankruptcy

In re   Raya H. Abdulhussain                                   Case No.   10-57577

_____ ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Personal residence | 11 U.S.C. § 522(d)(1) | 21,625.00 | 600,000.00 |
| 1527 Cliffwood Road, Bloomfield Hills, MI  48302 | 11 U.S.C. § 522(d)(5) | 1,029.00 | |
| 2010 SEV $562,460.00 | | | |
| | | | |
| Rental home | 11 U.S.C. § 522(d)(5) | 0.00 | 200,000.00 |
| 4885 Fairview Court, West Bloomfield, 48322 | | | |
| 2010 SEV $152,230.00 | | | |
| Tenants: Yukio Miyata - $2,400.00 monthly/current | | | |
| | | | |
| Residence - Condo | 11 U.S.C. § 522(d)(5) | 0.00 | 600,000.00 |
| 7117 Pelican Bay Blvd., #1508, Naples, FL 34108 | | | |
| (not currently being rented) | | | |
| | | | |
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Bank - checking | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| | | | |
| The Huntington Bank - checking (negative) | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| | | | |
| The Huntington Bank | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Checking - $0.00 | | | |
| CD - $0.00 | | | |
| | | | |
| Bank of America - checking | 11 U.S.C. § 522(d)(5) | 20.00 | 40.00 |
| | | | |
| **Household Goods and Furnishings** | | | |
| Household goods and furniture including computer equipment | 11 U.S.C. § 522(d)(3) | 7,500.00 | 15,000.00 |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 10 CDs and 10 DVDs | 11 U.S.C. § 522(d)(3) | 10.00 | 20.00 |
| | | | |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| | | | |
| **Furs and Jewelry** | | | |
| Jewelry | 11 U.S.C. § 522(d)(4) | 250.00 | 250.00 |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Exercise equipment, digital camera and video camera | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| Fidelity custodian college accounts for minor sons | 11 U.S.C. § 541(b)(5) | 44,922.00 | 44,922.00 |
| acct. no. xxxx4359 - $22,460.91 | | | |
| acct. no. xxx4343 - $22,460.91 | | | |

___  1   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Raya H. Abdulhussain                                           Case No.    10-57577
_____,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fidelity Simple-IRA - acct. no. xxx5034 | 11 U.S.C. § 522(d)(10)(E)<br>11 U.S.C. § 522(d)(12)<br>11 USC 541(c)(2) | 100%<br>100%<br>100% | 30,047.00 |
| Fidelity Rollover IRA - acct no. 6696 | 11 U.S.C. § 522(d)(10)(E)<br>11 U.S.C. § 522(d)(12)<br>11 USC 541(c)(2) | 100%<br>100%<br>100% | 62,647.00 |
| **Stock and Interests in Businesses** | | | |
| Ali-Zane Properties, LLC - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Associated Physicians of Southeast Michigan, P.C. - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Management Leasing Services, LLC - currently operating - 50/50 members<br>Assets do not exceed liabilities | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2009 tax refund (will be applied to quarterly taxes) approx. $1,013.00 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| 2010 tax refund based on 2008 (will be applied to quarterly taxes) approx. $1,013.00 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Animals** | | | |
| Dog | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Revocable Living Trusts - never funded | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |

|  | Total: | 353,889.00 | 1,553,827.00 |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Mahmoud S. Rahim,            Case No.    10-57577
        Raya H. Abdulhussain
                                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. 239 - 5939611 <br><br> Club Raphael at Pelican Bay <br> c/o Guest Services, Inc. <br> 7117 Pelican Bay Blvd. <br> Naples, FL 34108 | | | J | | 2010/$5,500.00 quaterly/current <br><br> Association dues <br><br> Residence - Condo <br> 7117 Pelican Bay Blvd., #1508, Naples, FL 34108 <br> (not currently being rented) | | | | | |
| | | | | | Value $        600,000.00 | | | | 0.00 | 0.00 |
| Account No. 8035233157 <br><br> Colonial Bank <br> PO Box 830738 <br> Birmingham, AL 35202 | | | J | | 2005/$0.00 monthly/current <br><br> Line of credit <br><br> Residence - Condo <br> 7117 Pelican Bay Blvd., #1508, Naples, FL 34108 <br> (not currently being rented) | | | | | |
| | | | | | Value $        600,000.00 | | | | 251,557.00 | 232,851.00 |
| Account No. 10466231 <br><br> First Horizon <br> PO Box 31 <br> Memphis, TN 38101-0031 | | H | | | 2006/$1,284.40 monthly/current <br><br> Second mortgage <br> Personal residence <br> 1527 Cliffwood Road, Bloomfield Hills, MI 48302 <br> 2010 SEV $562,460.00 | | | | | |
| | | | | | Value $        600,000.00 | | | | 18,343.00 | 18,343.00 |
| Account No. 0059713883 <br><br> First Horizon Home Loans <br> PO Box 809 <br> Memphis, TN 38101-0809 | | | J | | 2006/$13,219.03 monthly/current <br><br> Mortgage <br> Personal residence <br> 1527 Cliffwood Road, Bloomfield Hills, MI 48302 <br> 2010 SEV $562,460.00 | | | | | |
| | | | | | Value $        600,000.00 | | | | 1,650,000.00 | 1,050,000.00 |

   _2_    continuation sheets attached                   Subtotal           | 1,919,900.00 | 1,301,194.00
                                               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                               Best Case Bankruptcy

In re   Mahmoud S. Rahim,
      Raya H. Abdulhussain
                                    ,
                              Debtors

Case No.    10-57577

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0417366465 | | | 2005/$1,996.21 monthly/current Mortgage Rental home | | | | | |
| GMAC Mortgage Corporation Attn: Customer Care PO Box 4622 Waterloo, IA 50704-4622 | | J | 4885 Fairview Court, West Bloomfield, 48322 2010 SEV $152,230.00 Tenants: Yukio Miyata - $2,400.00 monthly/current | | | | | |
| | | | Value $ 200,000.00 | | | | 199,351.00 | 0.00 |
| Account No. 074393096 | | | 2006/$3,083.96 monthly/$24,794.17 | | | | | |
| H&R Block Bank PO Box 15222 Wilmington, DE 19886-5222 | | J | Mortgage Residence - Condo 7117 Pelican Bay Blvd., #1508, Naples, FL 34108 (not currently being rented) | | | | | |
| | | | Value $ 600,000.00 | | | | 581,294.00 | 0.00 |
| Account No. 00449219707133 | | | 2005/$608.00 monthly/current Home equity line of credit Rental home | | | | | |
| JP Morgan Chase Bank PO Box 260177 Baton Rouge, LA 70826-0177 | | J | 4885 Fairview Court, West Bloomfield, 48322 2010 SEV $152,230.00 Tenants: Yukio Miyata - $2,400.00 monthly/current | | | | | |
| | | | Value $ 200,000.00 | | | | 219,805.00 | 219,156.00 |
| Account No. 4885 Fairview Court | | | 2010/$150.00 yearly/current Association dues Rental home | | | | | |
| Maplewood Oaks Association Means Test purposes only | | J | 4885 Fairview Court, West Bloomfield, 48322 2010 SEV $152,230.00 Tenants: Yukio Miyata - $2,400.00 monthly/current | | | | | |
| | | | Value $ 200,000.00 | | | | 0.00 | 0.00 |
| Account No. 11010158468/8000475287 | | | 2000/$2,736.21 monthly/current | | | | | |
| The Huntington National Bank PO Box 182232 NC1W32 Columbus, OH 43218-2232 | X | J | Mortgage (paid by business) Commercial building (f/k/a 10050-10060) 10066 Dix, Dearborn, MI 2010 SEV $437,800.00 | | | | | |
| | | | Value $ 400,000.00 | | | | 497,073.00 | 97,073.00 |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,497,523.00 | 316,229.00 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                          Case No. _____10-57577_____
         Raya H. Abdulhussain
_____,
                                      Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | | |
| Account No. 1527 Cliffwood | | | | | 2010/$305.00 yearly/current dues/assessments | | | | | |
| Woodcrest Farms Improvement Association Means Test purposes only | J | | | | Personal residence 1527 Cliffwood Road, Bloomfield Hills, MI 48302 2010 SEV $562,460.00 | | | | | |
| | | | | | Value $                    600,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 3,417,423.00 | 1,617,423.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    Mahmoud S. Rahim,                            Case No.     10-57577

         Raya H. Abdulhussain

                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0   continuation sheets attached

In re    Mahmoud S. Rahim,                                              Case No.    10-57577
         Raya H. Abdulhussain
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 201000111 <br><br> Blue Cross Blue Shield of MI <br> 600 E. Lafayette Blvd. <br> Detroit, MI 48226-2998 | X | | J | | 2/2010 <br> Potential personal liability of corporate indebtedness - audit | | | | 9,001.00 |
| Account No. 1090045001 <br><br> Blue Cross Blue Shield of MI <br> 600 E. Lafayette Blvd. <br> Detroit, MI 48226-2998 | X | | J | | 2009 <br> Potential personal liability of corporate indebtedness - audit | | | | 17,351.00 |
| Account No. <br><br> Blunden & Associates, PC. <br> 14600 Farmington Road <br> Ste. 105 <br> Livonia, MI 48154 | X | | J | | Accounting services | | | | Unknown |
| Account No. <br><br> Bradley David Bryant, Esq. <br> 300 5th Ave S <br> Suite 221 <br> Naples, FL 34102-6547 | | | J | | Possible attorney fees | | | | Unknown |

_5_  continuation sheets attached

Subtotal
(Total of this page)                                                                     26,352.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                S/N:23809-100510    Best Case Bankruptcy

In re  Mahmoud S. Rahim,          Case No. ___10-57577___
       Raya H. Abdulhussain
_____ ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 586<br><br>Childrens Care Medical Center<br>c/o Weber & Olcese PLC<br>PO Box 2399<br>Birmingham, MI 48012 | | H | | Medical bills | | | | 196.00 |
| Account No. 3199<br><br>Childrens Care Medical Center<br>c/o Weber & Olcese PLC<br>PO Box 2399<br>Birmingham, MI 48012 | | J | | Medical bills | | | | 125.00 |
| Account No. 08-05357-CA<br><br>Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 | X | J | | 12/08<br>Judgment | | | | 1,643,382.00 |
| Account No. 08-05401-CA<br><br>Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 | | J | | 2/09<br>Judgment | | | | 36,804.00 |
| Account No. 08-05603-CA<br><br>Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 | X | J | | 12/08<br>Judgment | | | | 420,771.00 |

Sheet no. _1_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,101,278.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                          Case No. ___10-57577___
         Raya H. Abdulhussain
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 08-09261 CA<br><br>Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 | | J | | | 11/09<br>Pending | | | | Unknown |
| Account No. 06-1675 CA<br><br>David R. Bartley, et al<br>c/o Christopher Cona, Esq.<br>3080 Tamiami Trail East<br>Naples, FL 34112 | X | J | | | 1/10<br>Judgment | | | | 329,485.00 |
| Account No.<br><br>Garry M. Greenberg, Esq.<br>28411 Northwestern Hwy., Suite 930<br>One Northwestern Plz<br>Southfield, MI 48034 | | J | | | Attorney fees | | | | Unknown |
| Account No. 95251<br><br>GMAC<br>PO Box 380902<br>Bloomington, MN 55438-0902 | | H | | | 2/10<br>Lease deficiency | | | | 3,322.00 |
| Account No.<br><br>GMAC<br>PO Box 78369<br>Phoenix, AZ 85062-8369 | | | | | Representing:<br>GMAC | | | | Notice Only |

Sheet no. __2___ of __5___ sheets attached to Schedule of                 Subtotal                332,807.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

In re  Mahmoud S. Rahim,                                      Case No.    10-57577
       Raya H. Abdulhussain

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 6134<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | J | | 1992<br>Credit card purchases | | | | 1,698.00 |
| Account No. 8185<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | J | | Credit card purchases | | | | 1,222.00 |
| Account No. 4397<br><br>Huntington National Bank<br>PO Box 1558<br>Columbus, OH 43216 | | J | | | | | | 77,090.00 |
| Account No. 10-107124-CZ<br><br>Law Offices of Samantha Stevins PA<br>c/o Gary Nitzkin, Esq.<br>22142 W. Nine Mile Rd.<br>Southfield, MI 48033 | | J | | 2009<br>Florida Judgments | | | | 115,920.00 |
| Account No.<br><br>Richard M. Treiser, Esq.<br>Treiser & Collins<br>3080 Tamiami Trail East<br>Naples, FL 34112 | | | | Representing:<br>Law Offices of Samantha Stevins PA | | | | Notice Only |

Sheet no. _3_ of _5_ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)          195,930.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Mahmoud S. Rahim,                                    Case No.    10-57577
        Raya H. Abdulhussain
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 08-09354 CA | | | | | 2008 Notice | | | | |
| LBUBS 2006-C6 Tamiami Trail LLC c/o Jean Ann Ryan, Esq. 9132 Strada Pl Fl 3 Naples, FL 34108 | X | J | | | | | | | 0.00 |
| Account No. 10-108235/08-5253-CA | | | | | 2/10 Judgment lien | | | | |
| Pacifica Loan Four LLC c/o Foley & Lardner LLP 500 Woodward Ave #2700 Detroit, MI 48226-3489 | X | J | | | | | | | 3,815,352.00 |
| Account No. | | | | | Representing: Pacifica Loan Four LLC | | | | Notice Only |
| Mark Robert King, Esq. Jones Walker Law Firm 601 Brickell Key Dr. #500 Miami, FL 33131 | | | | | | | | | |
| Account No. | | | | | Pending lawsuit | | | | |
| Phoenix Assoc of South Florida Inc c/o Thomas William Franchino, Esq. 1250 Tamiami Trail N #106 Naples, FL 34102-5267 | | J | | | | | | | Unknown |
| Account No. 7142 | | | | | Services | | | | |
| Sprint c/o West Asset Management 2703 N Highway 75 Sherman, TX 75090 | | J | | | | | | | 221.00 |

Sheet no.  4  of  5  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,815,573.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                    Case No.     10-57577
         Raya H. Abdulhussain

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. D615717<br><br>Superior Funding I, INc.<br>39 S. Main St.<br>Ste 12<br>Clarkston, MI 48346-1590 | | J | 2000<br>UCC | | | | Unknown |
| Account No.<br><br>Michigan Heritage Bank<br>28300 Orchard Lake Road<br>Ste 200<br>Farmington Hills, MI 48334-3704 | | | Representing:<br>Superior Funding I, INc. | | | | Notice Only |
| Account No. 11010188081/8000475313<br><br>The Huntington National Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 | X | J | Potential personal liability of corporate indebtedness | | | | 199,999.00 |
| Account No. 08-06519-CA<br><br>TIB Bank of the Keys<br>c/o Gary Michael Carman, Esq.<br>1221 Brickell Ave. #1600<br>Miami, FL 33131-3247 | | J | 2008<br>Pending | | | | Unknown |
| Account No.<br><br> | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 199,999.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 6,671,939.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re    Mahmoud S. Rahim,                          Case No.     10-57577
        Raya H. Abdulhussain

                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Yukio Miyata<br>4885 Fairview Court<br>West Bloomfield, MI 48322 | Residential lease of personal property<br>4885 Fairview Court, West Bloomfield, 48322<br>$2,400.00 monthly/current<br>Expires: 7/2011<br>Assume |

0

.

In re   Mahmoud S. Rahim,                                Case No.    10-57577
         Raya H. Abdulhussain

                                   Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ali-Zane Properties, LLC<br>10066 Dix Ave.<br>Dearborn, MI 48120 | Blunden & Associates, PC.<br>14600 Farmington Road<br>Ste. 105<br>Livonia, MI 48154 |
| Ali-Zane Properties, LLC<br>10066 Dix Ave.<br>Dearborn, MI 48120 | The Huntington National Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 |
| Associated Physicians of<br>Southeast Michigan, P.C.<br>10066 Dix Ave.<br>Dearborn, MI 48120 | Blunden & Associates, PC.<br>14600 Farmington Road<br>Ste. 105<br>Livonia, MI 48154 |
| Associated Physicians of<br>Southeast Michigan, P.C.<br>10066 Dix Ave.<br>Dearborn, MI 48120 | Blue Cross Blue Shield of MI<br>600 E. Lafayette Blvd.<br>Detroit, MI 48226-2998 |
| Associated Physicians of<br>Southeast Michigan, P.C.<br>10066 Dix Ave.<br>Dearborn, MI 48120 | Blue Cross Blue Shield of MI<br>600 E. Lafayette Blvd.<br>Detroit, MI 48226-2998 |
| Associated Physicians of<br>Southeast Michigan, P.C.<br>10066 Dix Ave.<br>Dearborn, MI 48120 | The Huntington National Bank<br>PO Box 182232<br>NC1W32<br>Columbus, OH 43218-2232 |
| Bellagio Shoppes, LLC<br>No longer operating | LBUBS 2006-C6 Tamiami Trail LLC<br>c/o Jean Ann Ryan, Esq.<br>9132 Strada Pl Fl 3<br>Naples, FL 34108 |
| Bougainvillea Center, LLC<br>No longer operating | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| Bougainvillea Center, LLC<br>No longer operating | David R. Bartley, et al<br>c/o Christopher Cona, Esq.<br>3080 Tamiami Trail East<br>Naples, FL 34112 |

2

      continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                  Case No.     10-57577
         Raya H. Abdulhussain

_____,
                                      Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Courthouse Shadows Office Park, LLC<br>No longer operating | Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 |
| Courthouse Shadows Office Park, LLC<br>No longer operating | David R. Bartley, et al<br>c/o Christopher Cona, Esq.<br>3080 Tamiami Trail East<br>Naples, FL 34112 |
| David R. Bartley, Sr., P.A.<br>d/b/a Bartley Realty Services | Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 |
| David R. Bartley, Sr., PA<br>d/b/a Bartley Realty Services | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| Doyon Construction, Inc. | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| Lamb Construction Group, Inc. | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| Milan Center, LLC<br>No longer operating | David R. Bartley, et al<br>c/o Christopher Cona, Esq.<br>3080 Tamiami Trail East<br>Naples, FL 34112 |
| Preserve Commons Commercial Assoc., Inc. | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| R&A Underground, Inc. | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |
| Tivoli Square of Naples, LLC | Colonial Bank<br>c/o Mark Robert King, Esq.<br>601 Brickell Key Dr. #500<br>Miami, FL 33131-2699 |

Sheet   __1__   of   __2__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

In re    Mahmoud S. Rahim,                                    Case No.    10-57577
         Raya H. Abdulhussain

_____ ,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Unknown Tenants Nos 1-6 | Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   Mahmoud S. Rahim  
       Raya H. Abdulhussain             Case No.   10-57577

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Son | AGE(S):<br>14<br>16 | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Physician | Physician |
| Name of Employer | Associated Physicians of SE MI, P.C. | Associated Physicians of SE MI, P.C. |
| How long employed | 10 years | 10 years |
| Address of Employer | 10066 Dix Ave.<br>Dearborn, MI 48120 | 10066 Dix Ave.<br>Dearborn, MI 48120 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 20,000.00 | $ | 17,000.00 |
| 8. Income from real property | $ | 2,400.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 22,400.00 | $ | 17,000.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 22,400.00 | $ | 17,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | | 39,400.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:  
     No expected changes in employment.

In re  Mahmoud S. Rahim
Raya H. Abdulhussain                                       Case No.  10-57577

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 13,219.00 |
| a. Are real estate taxes included? Yes ___ No X | | |
| b. Is property insurance included? Yes ___ No X | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 541.00 |
| b. Water and sewer | $ | 145.00 |
| c. Telephone | $ | 57.00 |
| d. Other  See Detailed Expense Attachment | $ | 2,450.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 282.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 320.00 |
| 10. Charitable contributions | $ | 450.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 600.00 |
| d. Auto | $ | 314.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Income taxes (estimated) | $ | 6,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  See Detailed Expense Attachment | $ | 6,972.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | $ | 5,530.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 39,380.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 39,400.00 |
| b. Average monthly expenses from Line 18 above | $ | 39,380.00 |
| c. Monthly net income (a. minus b.) | $ | 20.00 |

In re    Mahmoud S. Rahim
     Raya H. Abdulhussain            Case No.    10-57577

                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Landscape | $ 132.00 |
| Cable and Internet | $ 220.00 |
| Association dues for personal residence | $ 26.00 |
| Association dues for 4885 Fairview Court | $ 13.00 |
| Association dues for 7117 Pelican Bay Blvd. | $ 1,833.00 |
| Security alarm | $ 20.00 |
| Trash pick up | $ 28.00 |
| Snow removal | $ 42.00 |
| Water for 4885 Fairview | $ 17.00 |
| Comcast for mother-in-law | $ 89.00 |
| Electric for FL property | $ 30.00 |
| **Total Other Utility Expenditures** | $ 2,450.00 |

**Other Installment Payments:**

| | |
|---|---:|
| Second mortgage for personal residence | $ 1,284.00 |
| Mortgage payment for 4885 Fairview Court | $ 1,996.00 |
| Home equity payment for 4885 Fairview Court | $ 608.00 |
| Mortgage for 7117 Pelican Bay Blvd. | $ 3,084.00 |
| **Total Other Installment Payments** | $ 6,972.00 |

**Other Expenditures:**

| | |
|---|---:|
| Misc. exp. (hair care, license tabs, stamps etc.) | $ 160.00 |
| Safe deposit box for The Huntington Bank | $ 5.00 |
| Education necessary to maintain employment | $ 250.00 |
| Care of elderly mother | $ 540.00 |
| Education expenses for children | $ 4,575.00 |
| **Total Other Expenditures** | $ 5,530.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Mahmoud S. Rahim
        Raya H. Abdulhussain                          Case No.    10-57577

                               Debtor(s)           Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    May 27, 2010               Signature:    /s/ Mahmoud S. Rahim
                                                         Debtor

Date    May 27, 2010               Signature:    /s/ Raya H. Abdulhussain
                                                (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
 Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address
X _____      _____
 Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____

                                              *[Print or type name of individual signing on behalf of debtor]*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Mahmoud S. Rahim
Raya H. Abdulhussain        Case No.    10-57577

                 Debtor(s)        Chapter    7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $80,000.00 | 2010 - Employment - Husband - YTD estimated |
| $68,000.00 | 2010 - Employment - Wife - YTD estimated |
| $266,000.00 | 2009 - Employment - Husband |
| $193,500.00 | 2009 - Employment - Wife |
| $436,500.00 | 2008 - Joint (wages) |
| $756,890.00 | 2008 - Joint (business income) |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $89,956.00 | 2008 - IRA distributions - joint |
| $750.00 | 2008 - Taxable interest - joint |
| $2,719.00 | 2008 - Ordinary dividends - joint |
| $0.00 | 2008 - Capital loss $-3,000.00 |
| $0.00 | 2008 - Other lossess $-3,295,785.00 |
| $0.00 | 2008 - Schedule E losses $-954,614.00 |
| $25,500.00 | 2009 - Withdrawal from retirement accounts - joint |
| $29,600.00 | 2010 - Income from rental properties |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| First Horizon Home Loans<br>PO Box 809<br>Memphis, TN 38101-0809 | 3/10-5/10 | $39,657.09 | $1,650,000.00 |
| GMAC Mortgage Corporation<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | 3/10-5/10 | $5,988.63 | $199,351.00 |
| H&R Block Bank<br>PO Box 15222<br>Wilmington, DE 19886-5222 | 3/10-5/10 | $9,251.88 | $574,918.00 |

None ■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Pacifica Loan Four LLC v Debtors et al 08-05253-CA and 10-108235-CZ | Collections | 20th Judicial Circuit Court, Florida<br><br>Affidavit of Foreign Judgment entered in Oakland County Circuit Court 10-108235-CZ | Judgment |
| Law Offices of Samantha Stevins, PC vs Debtors 08-0020-CA | Collections | 20th Circuit Court, Florida<br><br>Affidavit of Foreign Judgment entered in Oakland County Circuit Court 10-107124-CZ | Judgment |
| David R. Bartley Sr., Naples Commercial Property Management Inc et al vs. Debtors, et al 06-1675-CA | Collections | 20th Circuit Court, Florida | Judgment |
| Phoenix Assoc of South Florida Inc v Debtors 08 04698 CA | Collections | 20th Circuit Court, Florida | Pending |
| Colonial Bank v Debtors 08-05357CA | Collections | 20th Circuit Court, Florida | Judgment |
| Colonial Bank v Debtors 08-05401 CA | Judgment | 20th Circuit Court, Florida | Judgment |
| Colonial Bank v Debtors 08-05603 CA | Collections | 20th Circuit Court, Florida | Judgment |
| TIB Bank of the Keys v Debtors 08-06519-CA | Collections | 20th Circuit Court, Florida | Pending |
| LBUBS 2006-C6 Tamiami Trail LLC vs Debtors 08 09354 CA | | 20th Circuit Court, Florida | Disposed |
| Colonial Bank vs. Debtors Case No. 08-CA-18528 | Collection | 20th Circuit Court, Florida | Pending |
| David R. Bartley, Sr. vs. Debtors Case No. 06-1675-CA | Collection | 20th Circuit Court, Florida | Judgment |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Pacifica Loan Four LLC<br>c/o Foley & Lardner LLP<br>500 Woodward Ave #2700<br>Detroit, MI 48226-3489 | approx. 4/2010 | Garnished personal bank accounts - approx. $6,000.00 - $7,000.00 and Certificate of Deposit - approx. $12,223.10 |

### 5. Repossessions, foreclosures and returns

**None** ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None** ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Dalia Abood and family | Niece | Various | Debtors support niece and her family and have been paying her monthly expenses - approx. $919.00 monthly |
| Sabiha Hassoun | Mother-in-law | Various | Debtors help support mother-in-law - approx. $89.00 monthly |

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gold, Lange & Majoros, PC 24901 Northwestern Hwy. Suite 444 Southfield, MI 48075 | 4/30/10 | $4,701.00 plus $299.00 filing fee |
| GreenPath Debt Solutions 20100 Civic Center Drive Suite 216 Southfield, MI 48076 | 5/3/2010 | $100.00 |
| Gary Greenberg, Esq, | 5/2010 | $2,000.00 |

**10. Other transfers**

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Cadillac Dealership | approx. end of 2008 and early 2009 | 2007 Cadillac SRX 2007 Cadillac DTS |
| None | | |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC | Checking acct. no. 966-138376 approx. 0.00 | approx. end of Feb. 2010 |
| Primerica | IRA for Co-Debtor acct. no. 3054 (transferred funds to Fidelity retirement accounts) approx. $55,897.53 | Approx. early 2010 |

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| The Huntington Bank | Debtors | Empty | |
| Chase Bank | Debtors | Empty | approx. 3/2010 |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Associates Physicians of SE MI 1066 Dix Dearborn, MI 48120 | 2010 Mercedes - B (leased vehicle) 2010 Mercedes - B (leased vehicle) 2010 BMW 328i | Debtors' Residence |
| Dalia Abood | Nieces suitcases filled with clothing | Debtor's Residence |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Medical Marketing and Business | D25676 | Development, LLC No longer operating | Marketing | 5/1/2009 - end of 2009 |
| Ali-Zane Properties, LLC | 38-3506647 | 10066 Dix Ave. Dearborn, MI 48122 | Holding company | 7/2000-present |
| Raya Properties of Collier County | 04-3649863 | Florida, LLC No longer operating | Property holding company | approx. 2004-2009 |
| Raya Medical Offices, LLC | 61-1443910 | No longer operating | Medical building | approx. - 2005-2009 |
| Tivoli Square of Naples, LLC | 20-5216788 | No longer operating | Land | approx. 2007-2009 |
| Courthouse Shadows Office Park, LLC | 01-0853849 | No longer operating | Land | approx. 2005-2009 |
| Bellagio Shoppes, LLC | 20-0288954 | No longer operating | Shoppes | approx. 2004-2009 |
| Bougainvillea Center, LLC | 54-2174013 | No longer operating | Shoppes | approx. 2005-2009 |
| Milan Center, LLC | 73-1717661 | No longer operating | Shoppes and offices | approx. 2005-2009 |
| Associated Physicians of | 38-3512406 | Southeast Michigan, P.C. fka Rahim Medical Center, PC 10066 Dix Ave. Dearborn, MI 48120 | Medical practice | 2000-present |
| Management Leasing Services, LLC | 30-0536065 | 1527 Cliffwood road Bloomfield Hills, MI 48302 | Leasing management | 5/2009 - present |
| Burnt Pines Shoppes Condominium | | Association, Inc. 3372 Woods Edge Circle Auite 101 Bonita Springs, FL 34134-3436 | | |
| Court Plaza Office Park | | Condominium Association | | |

None      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                  ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
Debtors

Blunden & Associates, PC.
14600 Farmington Road
Ste. 105
Livonia, MI 48154

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐       of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED
Blue Cross Blue Shield of Mi      600 E. Lafayete Blvd.            2009 and 4/2010
                                  Detroit, MI 48226-2998

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
Blunden & Associates, PC.                           14600 Farmington Road
                                                    Ste. 105
                                                    Livonia, MI 48154

Debtors

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

                                                                   DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR                   (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                         RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                         NATURE OF INTEREST                PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                   NATURE AND PERCENTAGE
NAME AND ADDRESS                         TITLE                     OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   May 27, 2010               Signature    /s/ Mahmoud S. Rahim

                                                            Mahmoud S. Rahim
                                                            Debtor

Date   May 27, 2010               Signature    /s/ Raya H. Abdulhussain

                                                            Raya H. Abdulhussain
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                                   _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Ali-Zane Properties, LLC
10066 Dix Ave.
Dearborn MI 48120


Associated Physicians of
Southeast Michigan, P.C.
10066 Dix Ave.
Dearborn MI 48120


Bellagio Shoppes, LLC
No longer operating


Blue Cross Blue Shield of MI
600 E. Lafayette Blvd.
Detroit MI 48226-2998


Blunden & Associates, PC.
14600 Farmington Road
Ste. 105
Livonia MI 48154


Bougainvillea Center, LLC
No longer operating


Bradley David Bryant, Esq.
300 5th Ave S
Suite 221
Naples FL 34102-6547


Childrens Care Medical Center
c/o Weber & Olcese PLC
PO Box 2399
Birmingham MI 48012


Club Raphael at Pelican Bay
c/o Guest Services, Inc.
7117 Pelican Bay Blvd.
Naples FL 34108

Colonial Bank
c/o Mark Robert King, Esq.
601 Brickell Key Dr. #500
Miami FL 33131-2699


Colonial Bank
PO Box 830738
Birmingham AL 35202


Courthouse Shadows Office Park, LLC
No longer operating


David R. Bartley, et al
c/o Christopher Cona, Esq.
3080 Tamiami Trail East
Naples FL 34112


David R. Bartley, Sr., P.A.
d/b/a Bartley Realty Services


David R. Bartley, Sr., PA
d/b/a Bartley Realty Services


Doyon Construction, Inc.


First Horizon
PO Box 31
Memphis TN 38101-0031


First Horizon Home Loans
PO Box 809
Memphis TN 38101-0809

Garry M. Greenberg, Esq.
28411 Northwestern Hwy., Suite 930
One Northwestern Plz
Southfield MI 48034


GMAC
PO Box 380902
Bloomington MN 55438-0902


GMAC
PO Box 78369
Phoenix AZ 85062-8369


GMAC Mortgage Corporation
Attn: Customer Care
PO Box 4622
Waterloo IA 50704-4622


H&R Block Bank
PO Box 15222
Wilmington DE 19886-5222


HSBC Bank
PO Box 5253
Carol Stream IL 60197


Huntington National Bank
PO Box 1558
Columbus OH 43216


JP Morgan Chase Bank
PO Box 260177
Baton Rouge LA 70826-0177


Lamb Construction Group, Inc.

Law Offices of Samantha Stevins PA
c/o Gary Nitzkin, Esq.
22142 W. Nine Mile Rd.
Southfield MI 48033


LBUBS 2006-C6 Tamiami Trail LLC
c/o Jean Ann Ryan, Esq.
9132 Strada Pl Fl 3
Naples FL 34108


Mark Robert King, Esq.
Jones Walker Law Firm
601 Brickell Key Dr. #500
Miami FL 33131


Michigan Heritage Bank
28300 Orchard Lake Road
Ste 200
Farmington Hills MI 48334-3704


Milan Center, LLC
No longer operating


Pacifica Loan Four LLC
c/o Foley & Lardner LLP
500 Woodward Ave #2700
Detroit MI 48226-3489


Phoenix Assoc of South Florida Inc
c/o Thomas William Franchino, Esq.
1250 Tamiami Trail N #106
Naples FL 34102-5267


Preserve Commons Commercial Assoc., Inc.


R&A Underground, Inc.

Richard M. Treiser, Esq.
Treiser & Collins
3080 Tamiami Trail East
Naples FL 34112


Sprint
c/o West Asset Management
2703 N Highway 75
Sherman TX 75090


Superior Funding I, INc.
39 S. Main St.
Ste 12
Clarkston MI 48346-1590


The Huntington National Bank
PO Box 182232
NC1W32
Columbus OH 43218-2232


TIB Bank of the Keys
c/o Gary Michael Carman, Esq.
1221 Brickell Ave. #1600
Miami FL 33131-3247


Tivoli Square of Naples, LLC


Unknown Tenants Nos 1-6


Yukio Miyata
4885 Fairview Court
West Bloomfield MI 48322