UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MAHMOUD S. RAHIM and,　　　　　　　　　　Chapter 7
RAYA H. ABDULHUSSAIN　　　　　　　　　　Case No. 10-57577-swr
　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

　　　Debtors.

　　　　　　　　　　　　　　　　　　　　　　Civil Case No. 2:10-CV-15123
　　　　　　　　　　　　　　　　　　　　　　Hon. Sean F. Cox
　　　　　　　　　　　　　　　　　　　　　　Hon. Michael Hluchaniuk

_____/

## APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellants, Mahmoud S. Rahim and Raya H., the Debtors, by their attorneys Gold, Lange & Majoros, P.C., for their Statement of Issues to be Presented on Appeal, pursuant to Bankruptcy Rule 8006, state as follows:

1.　　Whether the Bankruptcy Court erred when it utilized standards set forth under 11 U.S.C. §707(b) to deny Chapter 7 Bankruptcy relief to Appellants, whose obligations are primarily non-consumer debts.

2.　　Whether the Bankruptcy Court erred when it decided that the Debtors did not filed their Chapter 7 Bankruptcy Case in good faith, warranting dismissal "for cause" under 11 U.S.C. §707(a).

　　　　　　　　　　　　　　　　　　　　　　GOLD, LANGE & MAJOROS, P.C.

Dated: January 6, 2011　　　　　　　　　　/s/ Jason P. Smalarz
　　　　　　　　　　　　　　　　　　　　　　JASON P. SMALARZ (P71042)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　　　24901 Northwestern Highway, Suite 444
　　　　　　　　　　　　　　　　　　　　　　Southfield, Michigan 48075
　　　　　　　　　　　　　　　　　　　　　　(248) 350-8220
　　　　　　　　　　　　　　　　　　　　　　jsmalarz@glmpc.com

F:\GLM CLIENTS - CH7 2005\Rahim, Mahmoud and Abdulhussain, Raya\Appeal\Appellant's Statement of Issues to be Presented on Appeal.jps.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MAHMOUD S. RAHIM and,
RAYA H. ABDULHUSSAIN

    Debtors.

Chapter 7
Case No. 10-57577-swr
Hon. Steven W. Rhodes

Civil Case No. 2:10-CV-15123
Hon. Sean F. Cox
Hon. Michael Hluchaniuk

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2011, I electronically filed (1) Appellants' Statement of Issues to be Presented on Appeal; and (2) Certificate of Service with the Clerk of Court using ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Scott T. Seabolt, Esq. | Todd W. Grant, Esq. |
| Foley & Lardner, LLP | Richard E. Segal, Esq. |
| One Detroit Center | Richard E. Segal & Associates |
| 500 Woodward Ave., Suite 2700 | 6230 Orchard Lake Rd., Suite 294 |
| Detroit, Michigan 48228 | West Bloomfield, Michigan 48322 |

    /s/ Jason P. Smalarz
    Gold, Lange & Majoros, P.C.
    Attorneys for Debtors
    24901 Northwestern Highway, Suite 444
    Southfield, Michigan 48075
    (248) 350-8220
    jsmalarz@glmpc.com

F:\GLM CLIENTS - CH7 2005\Rahim, Mahmoud and Abdulhussain, Raya\Appeal\Appellant's Statement of Issues to be Presented on Appeal.jps.wpd

10-57577-swr    Doc 95    Filed 01/06/11    Entered 01/06/11 10:33:24    Page 2 of 2