# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN THE MATTER OF:

MAHMOUD S. RAHIM and
RAYA H. ABDULHUSSAIN,

                Debtors.

_____/

Chapter 7

Case No. 10-57577-swr

Hon. Steven W. Rhodes

## NOTICE OF WITHDRAWAL DOCKET ENTRY (DOCKET ENTRY NO. 102)

      PLEASE TAKE NOTICE that on March 3, 2011, a Transcript Request Form (Docket Entry

No. 102) was inadvertently filed. Accordingly, the Debtors hereby withdraw the Transcript Request.

Date: March 4, 2011

/s/ Jason P. Smalarz_____
Jason P. Smalarz (P71042)
Gold, Lange & Majoros, P.C.
24901 Northwestern Highway
Suite 444
Southfield, MI 48075
(248) 350-8220
jsmalarz@glmpc.com

F:\GLM CLIENTS - CH7 2005\Rahim, Mahmoud and Abdulhussain, Raya\Notice of withdrawal.transcript request.jps.wpd